**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ROBERT MOIR, II, | ) |
|         Plaintiff. | ) |
| v. | ) File No. 8:13-cv-00842-MSS-AEP |
| MERCHANTS ASSOCIATION COLLECTION DIVISION, INC., | ) |
|         Defendant. | ) |
| _____ | ) |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ROBERT MOIR, II, by and through his undersigned counsel, having resolved this matter amicably with Defendant, hereby dismisses this action with prejudice. Each party shall be responsible for his or its own attorneys' fees, costs, and expenses.

**CERTIFICATE OF FILING AND SERVICE**

I HEREBY CERTIFY that on this 3rd day of May, 2013, this *VOLUNTARY DISMISSAL WITH PREJUDICE* was filed with this Court using the CM/ECF system, which will serve a copy of same on all counsel of record.

          s/ Eugene P. Castagliuolo
Eugene P. Castagliuolo, Esquire
Florida Bar Number: 104360
***CASTAGLIUOLO LAW, P. A.***
801 West Bay Drive Suite 301
Largo, FL   33770
(727) 712-3333
Eugene@TampaConsumerLawyer.com
*Attorney for Plaintiff*